PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA S. BERNHARD, | ) | |
| | ) | CASE NO. 4:14CV2065 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| KATHY JANECKO, *et al.*, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendants. | ) | **AND ORDER** |

This action is before the Court upon Defendant Lieutenant Eric Dattilo's Status Report (ECF No. 5), filed in response to a prior Show Cause Order (ECF No. 4).

On August 22, 2014, Plaintiff Pamela S. Bernhard filed the above-entitled action in the Mahoning County, Ohio Court of Common Pleas (Case No. 2014 CV 02088) against two defendants, including Lieutenant Eric Dattilo. On September 17, 2014, Lt. Dattilo removed the case to this Court pursuant to 28 U.S.C. § 1441(a). *See* ECF No. 1.

Having been advised by Defendant Lt. Dattilo that "there is not unanimous consent among the defendants" to the removal of the action (ECF No. 5 at PageID #: 53), it is appropriate for this Court to remand the case to the Mahoning County, Ohio Common Pleas Court, along with the following pending motion:

    Defendant Lieutenant Eric Dattilo's Motion for Judgment on the Pleadings (ECF No. 3).

IT IS SO ORDERED.

| | |
|---|---|
|  September 26, 2014 |    */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |